IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,
    Plaintiff,

vs.                              CASE NO.: 5:05cv111/LAC/MD

M.D. FINCH, et al.,
    Defendants.

___

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 15, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The motion for summary judgment of defendants Herring, Baines, Rhynes, Peters, Pittman, and Taylor (doc. 43) is GRANTED.

3. The motion for summary judgment of defendant Finch (doc. 63) is DENIED and this case is referred to the Magistrate Judge for further proceedings with respect to plaintiff's claim against defendant Finch.

DONE AND ORDERED this 12th day of March, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE